IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEANNIE DOWNEY, BELINDA PRITCHETT AND LORI SORRELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION # 2:09-CV-222-J |
| W.W. GRAINGER, INC. D/B/A/ GRAINGER INDUSTRIAL SUPPLY, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION FOR RULE 16 EXTENSIONS

Before the Court is Plaintiffs Deannie Downey, Belinda Pritchett and Lori Sorell and Defendant W.W. Grainger Inc. d/b/a Grainger Industrial Supply's joint motion for extensions of certain Rule 16 deadlines. This motion is granted as follows:

The deadline for the Parties to complete mediation shall be **July 15, 2010**;

The deadline for the Parties to complete discovery shall be **July 15, 2010**; and

The deadline for the Parties to file motions for summary judgment shall be **July 31, 2010**.

It is SO ORDERED.

Signed this the 23rd day of June, 2010.

Honorable Mary Lou Robinson
United States District Judge